UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**HALIMAH HASSAN,**

                    Plaintiff,

vs.                                                              Civil Action No.:

**GENERAL MOTORS COMPONENTS**
**HOLDING LLC, GENERAL MOTORS**                  _____
**HOLDING LLC, GENERAL MOTORS**
**COMPANY, and GENERAL MOTORS LLC,**

                    Defendants.

---

## INDEX OF DOCUMENTS FILED IN STATE COURT ACTION

In conjunction with the Notice of Removal filed by Defendants General Motors Components Holding LLC, General Motors Holding LLC, General Motors Company, and General Motors LLC (collectively, "Defendants"). and pursuant to Rule 81(a)(3) of the Local Rules of Civil Procedure for the Western District of New York, Defendants hereby provide the following index identifying each document filed and/or served in the state court action (which were previously filed with the Court):

| Exhibit | Date Filed or Served | Description of Document |
|---------|---------------------|------------------------|
| A | December 17, 2024 | Summons and Complaint (along with Notice of Service of Process occurring on December 26, 2024) |
| B | December 17, 2024 | Request for Judicial Intervention |

Dated: Buffalo, New York
       January 24, 2025

*Respectfully submitted,*

**OGLETREE, DEAKINS, NASH,**
    **SMOAK & STEWART, P.C.**

          */s/ R. Scott DeLuca*
R. Scott DeLuca, Esq.
50 Fountain Plaza, 14th Floor
Buffalo, NY 14202
Telephone: (716) 831-2715
E-Mail: scott.deluca@ogletree.com

*Attorneys for Defendants*
*General Motors Components Holding LLC,*
*General Motors Holding LLC,*
*General Motors Company, and*
*General Motors LLC*

2

**AFFIRMATION OF SERVICE AND FILING**

I, R. Scott DeLuca, Esq., affirm and certify that on the 24th day of January, 2025, the foregoing Index of Documents Filed in State Court Action was electronically filed with the Clerk of the United States District Court for the Western District of New York, that a true copy was mailed, via post-paid first class mail, to the Chief Clerk, Niagara County Supreme Court, and that a true copy was mailed, via post-paid first class mail, to Plaintiff at the following address:

Halimah Hassan
170 Manhattan Avenue, Unit 337
Buffalo, New York 14215.


*/s/ R. Scott DeLuca*
R. Scott DeLuca, Esq.