# Exhibit B



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

**SUPREME**  COURT, COUNTY OF **NIAGARA**

Index No: __185704/2024__     Date Index Issued: __12/17/2024__

**For Court Use Only**

IAS Entry Date

**CAPTION**  Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

HALIMAH HASSAN

-against-

GENERAL MOTORS COMPONENTS HOLDING LLC
GENERAL MOTORS HOLDINGS LLC
GENERAL MOTORS COMPANY, and
GENERAL MOTORS LLC

REQUEST FOR JUDICIAL INTERVENTION

**185704/2024**
12/17/2024  12:12:10 PM
Receipt # 2024669253
2 Pages

Joseph A. Jastrzemski, Niagara County Clerk     Clerk: CDK

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**  Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____

  **NOTE:** For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

**TORTS**
- ○ Asbestos
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ● Other Tort (specify): Fraud and Retaliation. Overpayment reported to IRS regarding Plaintiff.

**SPECIAL PROCEEDINGS**
- ○ Child-Parent Security Act (specify): ○Assisted Reproduction  ○Surrogacy Agreement
- ○ CPLR Article 75 – Arbitration  [see **NOTE** in COMMERCIAL section]
- ○ CPLR Article 78 – Proceeding against a Body or Officer
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 – Kendra's Law
- ○ MHL Article 10 – Sex Offender Confinement (specify): ○Initial  ○Review
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

**MATRIMONIAL**
- ○ Contested
  **NOTE:** If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**.
  For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).

**REAL PROPERTY**  Specify how many properties the application includes: ____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify): ○Residential  ○Commercial
  Property Address: _____
  **NOTE:** For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.
- ○ Partition
  **NOTE:** Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.
- ○ Tax Certiorari (specify):  Section:_____ Block:_____ Lot:_____
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution [see **NOTE** in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change/Sex Designation Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**STATUS OF ACTION OR PROCEEDING**  Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ● | ○ | If yes, date filed: __12/17/2024__ |
| Has a summons and complaint or summons with notice been served? | ○ | ● | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ● | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**  Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice  Date Issue Joined: _____
- ○ Notice of Motion  Relief Requested: _____  Return Date: _____
- ● Notice of Petition  Relief Requested: __$49,600__  Return Date: __02/17/2025__
- ○ Order to Show Cause  Relief Requested: _____  Return Date: _____
- ○ Other Ex Parte Application  Relief Requested: _____
- ○ Partition Settlement Conference
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Waiver of Court Costs, Fees, and Expenses
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

PAID

DEC 17 2024

JOSEPH A. JASTRZEMSKI
NIAGARA COUNTY CLERK

ORIGINAL FILED

DEC 17 2024

JOSEPH A. JASTRZEMSKI
NIAGARA COUNTY CLERK

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A). | | | | |
|---|---|---|---|---|---|
| **Case Title** | | **Index/Case Number** | **Court** | **Judge (If assigned)** | **Relationship to instant case** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PARTIES** — For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A).

| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☒ | Name: Halimah Hassan<br>Role(s): | 170 Manhattan Ave, Unit 337, Buffalo, NY 14215<br>(716) 339-4605 halimahhassan2006@yahoo.com | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: ____12/17/2024____

_____
Signature

_____        Halimah Hassan
Attorney Registration Number              Print Name